UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

CARITEN HEALTH PLAN, INC. )
)
        Plaintiff, )
)
   – against – ) Docket No. 3:14-CV-476-TAV-CCS
)
MID-CENTURY INSURANCE COMPANY, )
)
        Defendant. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their undersigned counsel, that the above-captioned action, including all claims, is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Each party shall bear its own costs and attorneys' fees incurred in connection with this action.

Respectfully submitted, this 14 day of October, 2015.

Michael P. Abate
Dinsmore & Shohl LLP
101 South Fifth Street
Suite 2500
Louisville, KY 40202
michael.abate@dinsmore.com
(502) 540-2359

James Al Holifield, Esq.
Holifield & Associates, PLLC

David L. Yohai, admitted *pro hac vice*
John P. Mastando III, admitted *pro hac vice*
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
David.Yohai@weil.com
John.Mastando@weil.com
(212) 310-8000

R. Dale Grimes
Shayne R. Clinton

11907 Kingston Pike, Suite 201
Knoxville, TN 37934
865-566-0115 phone
865-566-0119 fax
aholifield@hapc-law.com

*Counsel for Cariten Health Plan, Inc.*

Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Phone: (615) 742-6244
Facsimile: (615) 742-2744
dgrimes@bassberry.com
sclinton@bassberry.com

*Counsel for Defendant Mid-Century Insurance Company*

SO ORDERED this _____ day of October 2015.

_____
United States District Judge