# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

CARITEN HEALTH PLAN, INC.,      )
                            )
        Plaintiff,      )
                            )
v.                          )     No.:  3:14-CV-476-TAV-CCS
                            )
MID-CENTURY INSURANCE COMPANY,  )
                            )
        Defendant.     )

## ORDER

This matter is before the Court on the parties' joint Stipulation of Dismissal with Prejudice [Doc. 34]. The parties move for an order dismissing all of plaintiffs' claims with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties further agree that each party shall bear its own costs and attorneys' fees incurred in connection with this action.

In light of the parties' stipulation, this action is hereby **DISMISSED with prejudice**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE